IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICK LAMONT ALLEN　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　Plaintiff,　　　　　　*
v.　　　　　　　　　　　　　　　　*　　No. 4:18CV00633-SWW
　　　　　　　　　　　　　　　　　*
VALERO; *et al*.　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　Defendants.　　　　　 *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of November, 2018.

　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE